**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSE HERNANDEZ-TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIV. NO. 13-1548(PG)<br>(Related Cr. 07-198 & 09-173) |

**FINAL JUDGMENT**

Having denied petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. Sec. 2255, it is hereby **ORDERED AND ADJUDGED** that petitioner's request for habeas relief under 28 U.S.C. Sec. 2255 be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, November 17, 2014.

                                        S/ <u>JUAN M. PÉREZ-GIMÉNEZ</u>
                                        JUAN M. PÉREZ-GIMÉNEZ
                                        UNITED STATES DISTRICT JUDGE